# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

October 12, 2022

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Daniel Delvalle
                  16 Cr. 174 (NRB)

Dear Judge Buchwald:

      I was the attorney for Daniel Delvalle in the above-named matter, having been appointed pursuant to the Criminal Justice Act. On May 14, 2018, Mr. Delvalle was sentenced to 13 years' imprisonment to run consecutively to a previously imposed 10-year sentence in case number 12 Cr. 732 (WHP). His projected release date is August 31, 2032. Mr. Delvalle recently contacted me and requested that I submit a motion for a sentence reduction pursuant to 18 U.S.C. § 3582 on his behalf. It is therefore respectfully requested that the Court re-appoint me to this case for purposes of this motion.

*[Handwritten annotation: Application granted. Naomi Reice Buchwald, USDJ 10/13/22]*

      If the Court has any questions regarding this matter, please do not hesitate to contact me.

                                        Respectfully submitted,
                                                / s /
                                            David Stern