

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Daniel Delvalle*, 16 Cr. 174 (NRB)

Dear Judge Buchwald:

    The Government writes on behalf of the parties to request that the Court set a briefing schedule for the resolution of the defendant's pending motion for a reduction in sentence. (ECF 30, 31.) The parties propose that the Court set **Wednesday, September 4, 2024**, as the deadline for the Government's opposition and **Friday, October 4, 2024**, as the deadline for the defendant's reply.

                                      Respectfully submitted,

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2024
       New York, New York

DAMIAN WILLIAMS
United States Attorney

By: _____
Joseph H. Rosenberg
Assistant United States Attorney
Southern District of New York

    cc:    All Counsel of Record (by ECF)